IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK A. MANFRED, JR.<br><br>    Plaintiff<br><br> VS.<br><br>BRANDON RANDALL, *et al.*,<br><br>    Defendants | **NO. 5: 05-CV-248 (DF)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION OF DISMISSAL

On March 15, 2006, the defendants in the above-captioned case filed a Motion To Dismiss plaintiff's complaint and supporting documentation. Tab #17. Thereafter, on March 17, 2006, the undersigned advised plaintiff of said motion and of his duty to respond properly thereto; he was further advised that failure to respond would result in a recommendation of dismissal. Tab #18. The plaintiff has failed to file a response to the defendants' motion. Therefore, the undersigned finds that the plaintiff has willfully refused to comply with the court's order.

Accordingly, IT IS RECOMMENDED that the defendants' Motion To Dismiss (Tab #27) be **GRANTED** as UNCONTESTED. Pursuant to 28 U.S.C. §636(b)(1) the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom the case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the <u>LAST</u> <u>ADDRESS</u> provided by him.

SO RECOMMENDED, this 15th day of MAY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE