IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARK A. MANFRED, JR., : | |
| Plaintiff, : | |
| vs. : | 5:05-CV-248 (DF) |
| BRANDON RANDALL, et al., : | |
| Defendants. : | |

**O R D E R**

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr., entered in this case on May 15, 2006 (doc. 19). Neither party has served or filed written objections to the Magistrate Judge's Recommendation.

Accordingly, Defendants' motion to dismiss (doc. 17) is hereby **GRANTED.**

SO ORDERED, this 9th day of August, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew